IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES TUNSTALL, | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 05-RRA-2537-S |
| WARDEN DREW, | ] |
| Respondent. | ] |

**MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation recommending that the § 2241 petition be transferred to the United States District Court for the District of South Carolina. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The petition is due to be TRANSFERRED to the United States District Court for the District of South Carolina. An appropriate order will be entered.

Done this 26th day of June 2006.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE